IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DAVID SHELTON                                                             PLAINTIFF

VS.                                                CIVIL ACTION NO. 4:04CV291-WAP-DAS

NIDEC MOTORS INC.                                        DEFENDANT

## **ORDER**

BEFORE THE COURT is the plaintiff's motion for the clerk's office to issue subpoenas to three individuals (#27). However, the motion is too vague and lacks necessary information. The clerk's office cannot issue a subpoena with only the witnesses' names provided. If it is the plaintiff's desire to subpoena witnesses for depositions, the date, time and location of the deposition will need to be specified and the current addresses of the deponents will be necessary in order to prepare the subpoenas. Finally, it is the plaintiff's responsibility to have subpoenas that are issued by the court actually served on the witnesses.

THEREFORE, IT IS ORDERED, that plaintiff's motion for the issuance of subpoenas is hereby denied.

SO ORDERED, this the 16th day of March 2012.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE